PAULINE CALAK, Appellant, v. N. A. POSNER, Defendant, and SAMUEL RUBIN, Respondent.— Order dismissing the complaint for lack of prosecution, and the judgment entered thereon, reversed on the law and the facts, without costs, the motion denied, and the case ordered on the May term calendar for trial. The facts disclosed in the record indicate that the plaintiff should not be denied her day in court because of the neglect of her attorney. Lazansky, P. J., Carswell, Davis and Close, JJ., concur; Adel, J., dissents and votes for affirmance, being of opinion that it cannot be said that the court's exercise of discretion was improper.

CHARLES JOSEPH CHIPMAN, an Infant, by EBEN CHIPMAN, His Guardian ad Litem, and EBEN CHIPMAN, Appellants, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent; SARAH BARON and Others, Defendants.— Order setting aside the verdicts for plaintiffs unanimously affirmed, with costs to abide the event. Under the circumstances shown in the record, it was within the discretion of the trial justice to set aside the verdicts for errors which he deemed prejudicial to the rights of defendants. The reasons given orally on the argument of the motion may not have been sound (Cf. *Tumulty* v. *New York, New Haven & H. R. R. Co.*, 224 App. Div. 131), but the order entered later recites sufficient grounds for the action of the court. Under such circumstances, this court is reluctant to interfere with the exercise of discretion of the justice presiding at the trial. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

PAUL R. CUDDIHY, Appellant, v. JOSEPH GILMARTIN and CHRYSLER NEW YORK COMPANY, INC., Respondents. RITA CUDDIHY, Appellant, v. JOSEPH GILMARTIN and CHRYSLER NEW YORK COMPANY, INC., Respondents. PAUL CUDDIHY, an Infant, by PAUL R. CUDDIHY, His Guardian ad Litem, Appellant, v. JOSEPH GILMARTIN and CHRYSLER NEW YORK COMPANY, INC., Respondents.— Three actions in negligence, arising from a collision between automobiles. The actions were tried together. On a verdict rendered in favor of defendants against each plaintiff, three separate judgments were entered. Plaintiffs present one record and a joint brief. Judgments unanimously affirmed, with one bill of costs to respondents. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.